NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRIPLE TEE GOLF, INC., A FLORIDA CORPORATION,**
*Plaintiff-Appellant*

v.

**TAYLOR MADE GOLF COMPANY, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

---

2015-1564

---

Appeal from the United States District Court for the Southern District of California in No. 3:11-cv-02974-JLS-WVG, Judge Janis L. Sammartino.

---

**JUDGMENT**

---

JACQUELINE TADROS, Jacqueline Tadros, P.A., Fort Lauderdale, FL, argued for plaintiff-appellant. Also represented by MELVIN KENNETH SILVERMAN, Melvin K. Silverman & Associates, P.C., Pompano Beach, FL.

BRIDGETTE A. AGNESS, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for defendant-appellee. Also represented by GARY A. CLARK.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 5, 2016
Date

/s/  Peter  R.  Marksteiner
Peter R. Marksteiner
Clerk of Court